UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISHA FLEMMING,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　Defendant(s). | Case No.: 2:15-cv-00101-MCE-EFB<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE MATTER WITH PREJUDICE** |

　　　　Pursuant to the stipulation of the parties (ECF No. 13), it is hereby ordered that the instant matter is hereby dismissed, in its entirety, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs incurred.

　　　　IT IS SO ORDERED.

Dated:  June 30, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR., CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT